UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, U.S. Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LAKEWOOD MANUFACTURING COMPANY, et. al., <br> Defendants. | Case no. 1:02CV2470 <br> Judge Boyko |
| KEITH F. LEWANDOWSKI, SR., et. al., <br><br> Plaintiffs, <br> v. <br><br> RICHARD C. PEPLIN, JR., et. al., <br><br> Defendants. | Case No. 1:03:CV264 |
| BARBARA L. KILBURG, et. al., <br><br> Plaintiffs, <br> v. <br><br> LAKEWOOD MANUFACTURING COMPANY PROFIT SHARING PLAN, et. al., <br><br> Defendants. | Case No. 1:02CV882 |

## SATISFACTION OF MONETARY PORTION OF JUDGMENT

Judgment was entered for plaintiff and against defendant Richard C. Peplin, Jr., in the above entitled cause on February 2, 2004. This Judgment, among other things, ordered defendant Richard C. Peplin, Jr. to pay to the Lakewood Manufacturing Company Profit Sharing Plan ("the Plan") $120,000.00.

Plaintiff hereby acknowledges that defendant Richard C. Peplin, Jr. has paid to the Plan $120,000.00 plus interest.

Therefore, plaintiff hereby authorizes and empowers the Clerk of the above Court to

satisfy of record the portion of the judgment providing for the payment of $120,000.00.

IT IS SO ORDERED.

*[signature: Christopher A. Boyko]*

Judge Christopher A. Boyko
United States District Court

JULY 22, 2008

BENJAMIN T. CHINNI
Associate Regional Solicitor

s/Maureen M. Cafferkey
MAUREEN M. CAFFERKEY
Senior Trial Attorney

U.S. Department of Labor
Office of Solicitor
1240 East Ninth Street, Room 881
Cleveland, Ohio  44199
Phone: (216) 522-3872
Fax: (216) 522-7172
cafferkey.maureen@dol.gov

FILED
JUL 22 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

2